

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-19-00244-CR**
**No. 10-19-00245-CR**
**No. 10-19-00246-CR**
**No. 10-19-00247-CR**

**IN RE TIMOTHY HARGROVE**

_____

**Original Proceeding**

_____

## MEMORANDUM OPINION

_____

Relator, Timothy Hargrove, asked this Court to mandamus the trial court to rule on relator's "Motion for Copies of Police Reports" filed in four underlying proceedings. We requested a response from the trial court or the real-party-in-interest. We informed the parties that if a ruling on relator's motion was made before the due date of the response, a copy of the ruling may be provided in lieu of a response.

The Court was provided a copy of the court's ruling on relator's motions. Accordingly, since a ruling has been made, relator's petitions for writ of mandamus are

dismissed as moot.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petitions dismissed as moot
Opinion delivered and filed August 14, 2019
Do not publish
[OT06]

